```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
CONSOLIDATED EDISON COMPANY OF                                 :
NEW YORK, INC.,                                                :
                                                               :
                                                               :
                                        Plaintiff,             :      1:21-cv-9216 -GHW
                                                               :
                    -against-                                  :      ORDER
                                                               :
ACE AMERICAN INSURANCE COMPANY,                                :
                                                               :
                                        Defendant.             :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of Bronx, on November 8, 2021.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than November 22, 2021.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated: November 9, 2021
New York, New York
                                                                                                 GREGORY H. WOODS
                                                                           United States District Judge