USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                     :

CONSOLIDATED EDISON COMPANY OF   :
NEW YORK, INC.,                               :
                                       :

                      Plaintiff,    :                     1:21-cv-9216-GHW

                                       :

            -against-              :                      ORDER

                                       :

ACE AMERICAN INSURANCE COMPANY,   :
                                       :

                          Defendant.    :
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On May 18, 2023, the Court issued a memorandum opinion and order granting Plaintiff's

motion for summary judgment and denying Defendant's motion for summary judgment. Dkt. No.

42. The parties are directed to submit a joint letter no later than June 28, 2023 advising the Court of

any reason why judgment should not be entered and the matter closed.

       SO ORDERED.

Dated: June 21, 2023
New York, New York                        _____
                                    GREGORY H. WOODS
                                 United States District Judge