```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
   CONSOLIDATED EDISON COMPANY OF                               :
   NEW YORK, INC.,                                              :
                                                                :     1:21-cv-9216 -GHW
                                                                :
                                      Plaintiff,                :     ORDER
                                                                :
                   -against-                                    :
                                                                :
   ACE AMERICAN INSURANCE COMPANY,                              :
                                                                :
                                      Defendant                 :
--------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2023

GREGORY H. WOODS, United States District Judge:

As discussed during the conference held on August 29, 2023, the deadline for Plaintiff to file and serve its letter motion to dismiss its remaining claim under F.R.C.P. 41(a)(2) is September 8, 2023. Defendant's opposition is due within seven days after service of Plaintiff's motion. Plaintiff's reply, if any, is due within seven days after service of Defendant's opposition.

SO ORDERED.

Dated: August 29, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge