USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

      Plaintiff,

-against-

ACE AMERICAN INSURANCE COMPANY,

      Defendant.

------------------------------------------------------------- x

**MEMORANDUM ENDORSED**

Case No.: 1:21-cv-09216(GHW)

## STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the parties listed below that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Plaintiff's claims insofar as they seek indemnity for the underlying action, *Altagracia Ramirez v. Plover Housing Development Fund Company, Inc. et al.,* Index No. 29658/2017E in the Supreme Court, Bronx County, are dismissed without prejudice; Plaintiff's claim for declaratory judgment that Defendant is obligated to defend Plaintiff in the underlying action has already been decided by the Court.

Dated: September 13, 2023

| | |
|---|---|
| ROBINSON & COLE LLP | KRITZER LAW GROUP |
| By: *E. Kerstein* | By: *Karl Zamurs* |
| Erica J. Kerstein | Karl Zamurs |
| Meryl Breeden | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | Consolidated Edison Company of New York, Inc. |
| ACE American Insurance Company | 180 East Main Street, Suite 204 |
| 666 Third Avenue, 20th Floor | Smithtown, New York 11787 |
| New York, New York 10017 | |

Phone: 212-451-2900
ekerstein@rc.com
mebreeden@rc.com

Phone: 631-979-4777
kzamurs@kritzerlawgroup.com

The parties have stipulated to dismiss without prejudice Plaintiff's claims insofar as they seek indemnity for the underlying action in the Supreme Court, Bronx County.

SO ORDERED.

Dated: September 14, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge